[No. 7818-3-III. Division Three. October 13, 1987.]

KENNETH CARLSON, ET AL, *Respondents*, v. DAVID A. AVERY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03931-3, John A. Schultheis, J., entered May 14, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Munson, J.

[Nos. 9158-5-II; 9233-6-II. Division Two. October 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND EMERSON MEEKS, *Appellant.*

*In the Matter of the Personal Restraint of*
RAYMOND EMERSON MEEKS, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01729-7, J. Kelley Arnold, J., entered September 16, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Mitchell, J. Pro Tem., concurred in by Goodloe and Ladley, JJ. Pro Tem.